UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REGINALD HALL and  　　　　　　　　　　　Docket No. CV-17-
ANGELINA HALL

　　　　　　Plaintiffs,

　-against-

FEDERAL NATIONAL MORTGAGE
ASSOCIATION a/k/a FANNIE MAE, and
SANTANDER BANK, N.A., f/k/a/
SOVEREIGN BANK, N.A.

　　　　　　Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' EMERGENCY ORDER TO SHOW CAUSE

THIS MATTER having come before this Court upon the filing of the Plaintiffs' Complaint and instant Order to Show Cause, and with Notice having been provided to attorneys for Defendants, and the Court having reviewed Complaint, the Declarations of Reginald Hall, Angelina Hall, and Harry Thomasson, and all Exhibits attached hereto,

Let the Defendants, FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a FANNIE MAE, and SANTANDER BANK, N.A., f/k/a/ SOVEREIGN BANK, N.A., appear before this Honorable Court and show cause before a hearing to be held in Courtroom _____, United States District Court, District of Massachusetts, at the John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, Massachusetts, before the Honorable _____, U.S.M.J., on the _____ day of _____ 2017, at _____ o'clock \_\_\_\_.m., or as soon thereafter as counsel can be heard, to show cause why an Order should not be issued and entered in this action, 1) enjoining and restraining

1

Defendants from evicting Plaintiffs from 52 Ash Street, New Bedford, Massachusetts ("the Premises") during the pendency of the instant action; 2) enjoining and restraining Defendants from selling the Premises to any individual or entity other than the Plaintiffs during the pendency of the instant action; 3) ordering Defendants to turn over ownership of the Premises back to the Plaintiffs; 4) ordering Defendants to act in good faith with regard to all past and future applications submitted by Plaintiffs to Defendants; 5) ordering Defendants to act upon Plaintiffs' modification applications *nunc pro tunc* to the date of Plaintiffs' last mortgage payment and to treat their applications as if it was the date of their last mortgage payment to allow them to be placed in the position Plaintiffs should have been in after following Defendants' encouragement/ advice to stop making mortgage payments; and 6) ordering such other and further and different relief as should be granted to the moving Defendants as to the Court may deem just and proper, together with costs and disbursements.

Oral argument shall be required on the return date of this proceeding.

Sufficient cause appearing therefore, **IT IS HEREBY FURTHER ORDERED** that pending further order of this Court, Defendants are 1) enjoined and restrained from evicting Plaintiffs from 52 Ash Street, New Bedford, Massachusetts ("the Premises"); AND 2) enjoined and restrained from selling the Premises to any individual or entity other than the Plaintiffs; AND 3) service of the Order to Show Cause and the papers upon which such Order is based upon the Defendants' counsel Keith Mitchell, Esq. and Sarah Crocker, Esq., c/o Orlans, P.C., 465 Waverley Oaks Road, Suite 401, Waltham, Massachusetts, 02452 (attorneys for Fannie Mae in the eviction proceeding) and Jeffrey Adams, Esq., c/o Parker, Ibrahim & Berg, LLC., One Financial Center, Boston, Massachusetts, 02111 (attorneys for Santander responding to the M.G.L. Chapter 93A letter) via overnight express delivery no later than October _____,

2017, with the return of service made to this Court by the close of business via ECF delivery on

_____, 2017, be deemed good and sufficient service and notice hereof.

      **DONE AND ORDERED** in Chambers, this _____ day of _____, 2017, at

_____ o'clock _____.m.

                                        **SO ORDERED.**

_____, U.S.M.J.