1               UNITED STATES DISTRICT COURT

2                DISTRICT OF MASSACHUSETTS

3                         No. 1:17-cv-12067-WGY

4

5    REGINALD HALL and ANGELINA HALL,
            Plaintiffs

6

7    vs.

8

9    FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al,
            Defendants

10

11
                       *********

12

13              For Hearing Before:
              Judge William G. Young

14

15              Preliminary Injunction

16

               United States District Court
17             District of Massachusetts (Boston)
               One Courthouse Way
18             Boston, Massachusetts 02210
               Thursday, October 26, 2017

19

20                     *******

21

22         REPORTER: RICHARD H. ROMANOW, RPR
                Official Court Reporter
23            United States District Court
      One Courthouse Way, Room 5510, Boston, MA 02210
24             bulldog@richromanow.com

25

```
 1                    A P P E A R A N C E S

 2


 3   HARRY R. THOMASSON, JR., ESQ
         3280 Sunrise Highway, Suite 112
 4       Wantagh, NY 11793
         (516) 557-5459
 5       Email: Hrtatty@verizon.net
         For Plaintiffs

 6


 7   JEFFREY D. ADAMS, ESQ.
         Parker Ibrahim & Berg, LLC
 8       One Financial Center
         Boston, MA 02111
 9       (617) 918-7600
         Email: Jeffrey@adams@piblaw.com
10       For Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1               P R O C E E D I N G S

2               (Begins, 2:06 p.m.)

3               THE CLERK:  Hall versus Federal National

4    Mortgage Association, et al.

5               THE COURT:  Good afternoon.  Would counsel

6    identify themselves.

7               MR. THOMASSON:  Good afternoon, your Honor,

8    Harry Thomasson, 3280 Sunrise Highway, Suite 112,

9    Wantagh, New York, for Mr. and Mrs. Hall, who are with

10   me here in the courtroom, Judge.

11              MR. ADAMS:  Good afternoon, your Honor, Jeff

12   Adams on behalf of the Federal National Mortgage

13   Association and Santander Bank.  I presume, your Honor,

14   that you do not have a copy of the notice of appearance

15   simply because I have not filed one.

16              THE COURT:  Well, you will file one, I'm sure,

17   and your recitations on the record are sufficient and we

18   welcome both of you.

19        Now the status here is that Santander has got a

20   notice of eviction, right?

21              MR. ADAMS:  Yes, your Honor, both Fannie Mae

22   and Santander are aware that -- well, Fannie Mae has

23   received an order from the housing court that it can

24   proceed with the eviction.  The housing court entered

25   judgment in early September.

1          THE COURT:  All right.  And so it's pursuant

2   to that order of the court of the Commonwealth that you

3   are proceeding?

4          MR. ADAMS:  I'm sorry, your Honor?

5          THE COURT:  It's pursuant to that order of the

6   housing court of the Commonwealth of Massachusetts that

7   you're proceeding?

8          MR. ADAMS:  That is correct, your Honor.

9          THE COURT:  Ought I not, therefore, stay my

10  hand?  You can appeal that order, you can seek the same

11  relief there as you are seeking here.

12      Why should this court, in any way, interfere with

13  the operations of the court of the Commonwealth?

14          MR. THOMASSON:  Because, Judge, I believe that

15  my clients have the counts and the causes of action that

16  I've brought in this complaint that are properly before

17  this court.

18          THE COURT:  But they're also properly before

19  the housing court and you could have pled them in the

20  housing court.

21          MR. THOMASSON:  I don't believe that any of

22  the claims that are here are certainly affirmative

23  defenses, they're affirmative claims.

24          THE COURT:  Well, why weren't they raised?

25  You're raising them here as a defense, you're raising

1    them here as a defense to their efforts to obtain

2    possession.  You know what authority have you for that?

3    I don't think that's a proper statement of the law.

4            MR. THOMASSON:  I understand your question,

5    Judge.  Again I don't think anything we have here are

6    actual defenses, and I don't know that I was capable of

7    also bringing in that housing action, which I did not

8    represent the Halls in, um, the federal claims that are

9    before this court.

10            THE COURT:  I think you can.  Well, here's

11   what I'm going to do.

12       I'm going to, um, leave the stay that Judge

13   O'Toole entered in place until noon on Monday, and

14   that's to enable him to go to the housing court of the

15   Commonwealth of Massachusetts and raise whatever need be

16   raised.  You of course can defend and say it's untimely

17   and that it should have been raised earlier, but that's

18   the proper court.  But I do think it's fair to give him

19   a chance to make that effort in the courts of the state,

20   all of it.  That's a competent court.  It could deal

21   with these matters.  I mean you simply can't wait until

22   the 11th hour and the 59th minute and have recourse to

23   the court, the United States District Court.

24            MR. THOMASSON:  Judge, is there any way I can

25   get a little more time than that?

```
 1              THE COURT:  No.

 2              MR. THOMASSON:  I have a trial tomorrow in New

 3   York that's been long scheduled.

 4              THE COURT:  But they're -- well, I understand

 5   that.  So I've given you till Monday.  Well, let's see,

 6   what will he agree to.

 7        How about Wednesday?

 8              MR. THOMASSON:  Wednesday will be better than

 9   Monday, Judge.

10              THE COURT:  Is Wednesday okay?

11              MR. ADAMS:  Wednesday's fine, your Honor.

12              THE COURT:  Fine, Wednesday it is, Wednesday

13   at noon.  The stay remains in effect until that time.

14   After that the stay is removed and the case is dismissed

15   as moot because the matter is before the courts of the

16   Commonwealth.

17        Very well.

18              MR. ADAMS:  Thanks for your time, Judge.

19              THE COURT:  Thank you.

20              (Ends, 2:10 p.m.)

21

22

23

24

25
```

1                    C E R T I F I C A T E

2

3

4          I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,

5     do hereby certify that the foregoing record is a true

6     and accurate transcription of my stenographic notes

7     before Judge William G. Young, on Thursday, October 26,

8     2017, to the best of my skill and ability.

9

10

11

12

13

14     /s/ Richard H. Romanow 11-20-17
       _____
15     RICHARD H. ROMANOW    Date

16

17

18

19

20

21

22

23

24

25